1  LAW OFFICES OF ADAM PENNELLA
   Adam Pennella, Bar No. 246260
2  717 Washington Street, 2nd Floor
   Oakland, California 94607
3  (510) 444-4419 Telephone
   (510) 417-4149 Fax
4
   Attorney for Defendant
5  JAY TREES

FILED

JUL 29 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAY TREES,

    Defendant.

No. CR 11-219 RS

STIPULATION FOR ORDER
AND [PROPOSED] ORDER
TO CONTINUE DETENTION
HEARING

The above matter is currently set for a detention hearing on July 29, 2011. The parties request that the Court continue that hearing until August 2, 2011 for effective preparation of counsel and in light of the government counsel's unavailability on July 29. Defendant does not oppose the requested continuance of his detention hearing.

The parties agree that the ends of justice will be served by granting the continuance and that by doing so outweighs the best interests of the public and the defendant in a speedy trial.

//

SO STIPULATED.

7/28/2011
Dated

/s/
KATHRYN R. HAUN
Assistant United States Attorney

7/28/2011
Dated

/s/
ADAM PENNELLA
Attorney for Defendant
JAY TREES

SO ORDERED.

7-29-11
Dated

HONORABLE MARIA ELENA JAMES
United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE DETENTION HEARING

- 2 -