Wolf, Pennella & Stevens, LLP
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 451-4600
Fax (510) 451-3002
adam@wps-law.com

Counsel for Defendant
JAY TREES

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-219 RS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING |
| JAY TREES, | |
| Defendant. | |

The above-captioned matter was set for a hearing on October 23, 2018 on the currently pending petition to revoke Mr. Trees' term of supervised release ("Form 12"). The parties and Probation request to continue that hearing until November 20, 2018 to allow for sufficient time to engage in discussions regarding resolution of that Form 12. This will also allow Probation sufficient time to prepare and file a revocation memorandum in advance of that hearing.

The parties have conferred with Probation Officer Jennifer Hutchings, who agrees with the above request.

As such, the parties request that this matter be reset for November 20, 2018 at 2:30 p.m. for a revocation hearing.

//

STIPULATION AND [PROPOSED] ORDER CONTINUE HEARING

**SO STIPULATED**:

DATED: October 16, 2018

ALEX G. TSE
Acting United States Attorney

| _____/s/_____ | _____/s/_____ |
|---|---|
| SCOTT JOINER | ADAM V. PENNELLA |
| Assistant United States Attorney | Counsel for Defendant |

**SO ORDERED**:

DATED: 10/17/18

_____
Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUE HEARING